AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kevin Joseph Foti | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____5/17/2019_____ in the county of _____ in the _____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115(a)(1)(B) | Threatening to assault and murder a United States official, or a United States government employee in the performance of their official duties. |
| D.C. Code Section 22-1810 | Threatening to injure a person. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Capitol Police Special Agent Lacey Evans
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ (specify reliable electronic means)

Date: ___05/18/2019___

_____
*Judge's signature*

City and state: _____Washington, D.C._____   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*